**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: David Bynum and Deidre Bynum
Debtor

Case No.: 14−80390

Chapter: 13

**ENTERED**
**01/12/2015**



**ORDER CONFIRMING CHAPTER 13 PLAN**
**AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. §506**

1. The Court has considered confirmation of the debtor(s)' chapter 13 plan that was proposed on 12/17/14.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan meets all of the requirements of §1325 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual pro−ration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan.

6. The plan is confirmed.

Signed and Entered on Docket: 1/12/15

LETITIA Z. PAUL
United States Bankruptcy Judge